```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  GARY PANICH
    National Park Ranger
 4  501-I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2748

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  MAG. NO. 3:08-cr-00001-CMK
                                )  (Formerly) 07-MJ-0026-CMK
12            Plaintiff,        )
                                )  MOTION TO DISMISS COMPLAINT
13                              )  WITHOUT PREJUDICE;
         v.                     )  ORDER
14                              )
    LARRY C. RILEY,             )
15                              )
              Defendant.        )
16  _____)
```

17    Plaintiff United States of America, by and through its
18 undersigned attorney, hereby moves this Court for an Order
19 dismissing without prejudice the Complaint filed against defendant
20 in the above-entitled matter.

21 DATED: February 29, 2008            McGREGOR W. SCOTT
                                       United States Attorney
22

23                                     By:/s/Russell L. Carlberg
                                          RUSSELL L. CARLBERG
24                                        Assistant U.S. Attorney

```
 1
 2
 3  IT IS SO ORDERED:
 4
 5
 6  DATED:  March 10, 2008
 7                                      _____
 8                                      **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE
 9
10
```